# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
JUN 3 0 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:11CR0105 - 001 OWW |
| John Paul Martinez ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___John Paul Martinez___, have discussed with ___Montgomery L. Olson___, Pretrial Services Officer, modifications of my release conditions as follows:

**The following condition of release is added**: You shall participate in a program of medical or psychiatric treatment including treatment for mental health issues, and pay for costs as approved by the Pretrial Services Officer;

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6/27/11        _____  6-27-11
Signature of Defendant    Date           Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                  6/30/11
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

Melody M. Walcott                         6/28/11
Signature of Defense Counsel              Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___6/30/11___.
☐ The above modification of conditions of release is *not* ordered.

_____                  6/30/11
Signature of Judicial Officer             Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services