**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
KRISTY ANGELA SANDOVAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN PAUL MARTINEZ<br>**KRISTY ANGELA SANDOVAL,**<br><br>　　　　　　　Defendant, | Case No.: 11-CR-00105 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND MICHELE THIELHORN, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, KRISTY ANGELA SANDOVAL  by and through her attorney of record, DAVID A. TORRES hereby request that the status conference hearing date currently set for Monday, July 25, 2011 be continued to August 29, 2011 at 9:00 a.m., or a date convenient to court and counsel.

   This is a mutual agreement between myself, and Assistant United States Attorney Michele Thielhorn.  I have been informed that Assistant Federal Defender Melody Walcott is currently out on medial leave for the next four weeks. There are also several issues that need to

1  be discussed with Ms. Walcott.  I will also be out of the state to serve on active military duty
2  from July 30, 2011 through August 20, 2011.
3        The defendant is willing to continue excluding time through the next court appearance in
4  that that the ends of justice in the exclusion outweigh defendant's speedy trial rights.
5        Based upon the foregoing, I respectfully request that this matter be continued to
6  August 29, 2011.

7

8  Dated: July 21, 2011                    /s/ David A. Torres
                                                         DAVID A. TORRES
9                                                            Attorney for Defendant
                                                          KRISTY ANGELA SANDOVAL
10

11  Dated: July 21, 2011                    /s/Melody M. Walcott
                                                         MELODY M. WALCOTT
12                                                           Assistant Federal Defender for
                                                          JOHN PAUL MARTINEZ
13

14

15  Dated: July 21, 2011                    /s/ Michele Thielhorn
                                                          MICHELE THIELHORN
16                                                           Assistant U. S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

**IT IS SO ORDERED**. For the reasons set forth above, the continuance requested is granted for good cause. The court finds the end of justice outweigh the interests of the public and the defendant's rights to a speedy trial.  Therefore, time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

DATED: July 21, 2011                                         /s/ OLIVER W. WANGER
                                                             OLIVER W. WANGER
                                                             United States District Judge