```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE THIELHORN
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone:  (559) 497-4000
    Facsimile:  (559) 497-4099
 5
 6  Attorneys for the
    United States of America
 7
 8            IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   1:11-CR-00105-LJO
                                )
12            Plaintiff,        )   PRELIMINARY ORDER OF
                                )   FORFEITURE
13       v.                     )
                                )
14  KRISTY ANGELA SANDOVAL, and )
    JOHN PAUL MARTINEZ,         )
15                              )
              Defendants.       )
16  _____)
```

17      Based upon the plea agreements entered into between plaintiff
18  United States of America and defendants Kristy Angela Sandoval and
19  John Paul Martinez, it is hereby

20      ORDERED, ADJUDGED, AND DECREED as follows:

21      1.  Pursuant to 18 U.S.C. § 982(a)(6), defendants Kristy
22  Angela Sandoval and John Paul Martinez' interests in the following
23  property shall be condemned and forfeited to the United States of
24  America, to be disposed of according to law:

25          a)  Compact Presario Computer Tower with
                serial number MXG29012X;
26
            b)  Black computer tower, no serial number,
27              and power cord; and

28          c)  HP Deskjet 5150 Printer with serial

1  number M&3A44P5HG, and power cord.

2  2.  The above-listed property constitutes property used, and
3  intended to be used, in any manner or part, to commit and to
4  facilitate the commission of a violation of 18 U.S.C. § 371.

5  3.  Pursuant to Rule 32.2(b), the Attorney General (or a
6  designee) shall be authorized to seize the above-listed property.
7  The aforementioned property shall be seized and held by the United
8  States Secret Service, in its secure custody and control.

9  4.  a.  Pursuant to 18 U.S.C § 982(b)(1), incorporating 21
10 U.S.C. § 853(n), and Local Rule 171, the United States shall
11 publish notice of the order of forfeiture.  Notice of this Order
12 and notice of the Attorney General's (or a designee's) intent to
13 dispose of the property in such manner as the Attorney General may
14 direct shall be posted for at least 30 consecutive days on the
15 official internet government forfeiture site www.forfeiture.gov.
16 The United States may also, to the extent practicable, provide
17 direct written notice to any person known to have alleged an
18 interest in the property that is the subject of the order of
19 forfeiture as a substitute for published notice as to those persons
20 so notified.

21     b.  This notice shall state that any person, other than
22 the defendant, asserting a legal interest in the above-listed
23 property, must file a petition with the Court within sixty (60)
24 days from the first day of publication of the Notice of Forfeiture
25 posted on the official government forfeiture site, or within thirty
26 (30) days from receipt of direct written notice, whichever is
27 earlier.

28 5.  If a petition is timely filed, upon adjudication of all

third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(6) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   December 9, 2011**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE